UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISIDRO ALTAMIRANO-HERNANDEZ,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:22-cr-00001

**ORDER**

Defendant appeared before me on January 11, 2022, with appointed counsel for a bond hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a bond hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on January 11, 2022.

      /s/ Sally J. Berens
    SALLY J. BERENS
    United States Magistrate Judge